**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | Civil Action No.: 6:20-cv-00812-ADA |
| | 6:20-cv-00813-ADA |
| | 6:20-cv-00814-ADA |
| Plaintiff, | 6:20-cv-00815-ADA |
| | 6:20-cv-00816-ADA |
| v. | 6:20-cv-00902-ADA |
| | 6:20-cv-00903-ADA |
| JUNIPER NETWORKS, INC. | |
| Defendant. | **JURY TRIAL DEMANDED** |

**ORDER GRANTING JUNIPER NETWORKS, INC.'S MOTION TO STAY
PROCEEDINGS PENDING RESOLUTION OF ITS MOTION TO TRANSFER**

Before the Court is Defendant Juniper Networks, Inc.'s Motion to Stay Proceedings

Pending Resolution of its Motion to Transfer.  The Court, having considered the same, is of the

opinion the motion should be GRANTED.  All non-transfer-related deadlines are hereby

STAYED until the Court rules on Juniper's Motion to Transfer.