# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.<br><br>Defendant. | Civil Action No.: 6:20-cv-00812-ADA<br>6:20-cv-00813-ADA<br>6:20-cv-00814-ADA<br>6:20-cv-00815-ADA<br>6:20-cv-00816-ADA<br>6:20-cv-00902-ADA<br>6:20-cv-00903-ADA<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT JUNIPER NETWORKS, INC.'S MOTION TO EXPEDITE HEARING ON ITS MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF ITS MOTION TO TRANSFER

Defendant Juniper Networks, Inc. ("Juniper") respectfully moves for an expedited briefing schedule and hearing on its Motion to Stay Proceedings Pending Resolution of Its Motion to Transfer (the "Motion"). Specifically, Juniper respectfully requests that the Court set a briefing schedule in which Brazos's opposition to Juniper's Motion is due on Friday, February 5, 2021; Juniper's reply is due on Monday, February 8, 2021; and the hearing is set for Tuesday, February 9, 2021 or at the Court's earliest convenience thereafter.

As set forth in Juniper's brief in support of its Motion, recent Federal Circuit precedent unequivocally requires a stay of all non-transfer-related deadlines until the Court rules on Juniper's motion to transfer venue to the Northern District of California. *See In re SK Hynix Inc.*, Case No. 2021-113, Dkt. 10 (Fed. Cir. Feb 1, 2021). And the prejudice to Juniper and the Court from continuing to litigate the merits while its transfer motion remains unresolved is ongoing and immediate, as there are several significant substantive deadlines in the coming weeks, including Juniper's invalidity contentions on February 16, exchange of claim terms for construction on

February 22, exchange of proposed claim constructions on March 8, and disclosure of extrinsic evidence on March 15.

Juniper thus respectfully requests that this Court order the briefing schedule outlined above so that the parties and the Court can avoid spending time and resources litigating merits issues that precedent requires to be stayed until after the Court rules on Juniper's motion to transfer.

Dated:  February 3, 2021

/s/ B. Russell Horton
B. Russell Horton
rhorton@gbkh.com
George Brothers Kincaid & Horton LLP
114 West 7th Street, Suite 1100
Austin, TX 78701
Telephone: (512) 495-1400
Facsimile: (512-499-0094

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com
Todd Briggs
toddbriggs@quinnemanuel.com
Margaret Shyr (*pro hac vice*)
margaretshyr@quinnemanuel.com
Joseph E. Reed (*pro hac vice*)
joereed@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Nima Hefazi (*pro hac vice*)
nimahefazi@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for Defendant*
*Juniper Networks, Inc.*

## **CERTIFICATE OF SERVICE**

      Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on February 3, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

Dated:  February 3, 2021          */s/ B. Russell Horton*_____
                                        B. Russell Horton