# EXHIBIT 7



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

*November 06, 2020*

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:**

**APPLICATION NUMBER:** *11/443,101*
**FILING DATE:** *May 31, 2006*
**PATENT NUMBER:** *8284656*
**ISSUE DATE:** *October 09, 2012*

Certified by

Under Secretary of Commerce
for Intellectual Property
and Director of the United States
Patent and Trademark Office

WSOU-Juniper-0002111

PTO/SB/05 (05-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| UTILITY PATENT APPLICATION TRANSMITTAL | |
|---|---|
| | Attorney Docket No. **ALC 3242.01** |
| | First Inventor **Kajal Saha, et al.** |
| | Title SYSTEM AND METHOD FOR RESILIENT VPLS OVER MULTI-NODAL APS PROTECTED PROVIDER EDGE NODES |
| *(Only for new nonprovisional applications under 37 CFR 1.53(b))* | Express Mail Label No. |

**APPLICATION ELEMENTS**
*See MPEP chapter 600 concerning utility patent application contents.*

ADDRESS TO:   **Commissioner for Patents**
P.O. Box 1450
Alexandria VA 22313-1450

1. ☑ **Fee Transmittal Form** (e.g., PTO/SB/17)
   *(Submit an original and a duplicate for fee processing)*
2. ☐ **Applicant claims small entity status.**
   See 37 CFR 1.27.
3. ☑ **Specification** [Total Pages 19 ]
   Both the claims and abstract must start on a new page
   *(For information on the preferred arrangement, see MPEP 608.01(a))*
4. ☑ **Drawing(s)** (35 U.S.C. 113) [Total Sheets 3 ]
5. **Oath or Declaration** [Total Sheets 6 ]
   a. ☑ Newly executed (original or copy)
   b. ☐ A copy from a prior application (37 CFR 1.63(d))
      *(for continuation/divisional with Box 18 completed)*
      i. ☐ DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s)
         name in the prior application, see 37 CFR
         1.63(d)(2) and 1.33(b).
6. ☑ **Application Data Sheet.** See 37 CFR 1.76
7. ☐ **CD-ROM or CD-R** in duplicate, large table or
      Computer Program (*Appendix*)
      ☐ Landscape Table on CD
8. **Nucleotide and/or Amino Acid Sequence Submission**
   *(if applicable, items a. – c. are required)*
   a. Computer Readable Form (CRF)
      i. ☐ Computer Readable Form (CRF)
      ii. ☐ Transfer Request (37 CFR 1.821(e))
   b. Specification Sequence Listing in:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ Paper
   c. ☐ Statements verifying identity of above copies

**ACCOMPANYING APPLICATION PARTS**

9. ☑ **Assignment Papers** (cover sheet & document(s))
   Name of Assignee **Alcatel**
10. ☐ **37 CFR 3.73(b) Statement**     ☑ Power of
    *(when there is an assignee)*        Attorney
11. ☐ **English Translation Document** *(if applicable)*
12. ☐ **Information Disclosure Statement** (PTO/SB/08 or PTO-1449)
    ☐ Copies of foreign patent documents,
       publications, & other information
13. ☐ **Preliminary Amendment**
14. ☑ **Return Receipt Postcard** (MPEP 503)
    *(Should be specifically itemized)*
15. ☐ **Certified Copy of Priority Document(s)**
    *(if foreign priority is claimed)*
16. ☐ **Nonpublication Request** under 35 U.S.C. 122(b)(2)(B)(i).
    Applicant must attach form PTO/SB/35 or equivalent.
17. ☐ **Other:** _____

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:

☐ Continuation   ☐ Divisional   ☐ Continuation-in-part (CIP)   of prior application No.: _____

*Prior application information:* Examiner _____   Art Unit: _____

**19. CORRESPONDENCE ADDRESS**

☑ The address associated with Customer Number: **30868**   OR   ☐ Correspondence address below

| Name | |
|---|---|
| Address | |
| City | State | Zip Code |
| Country | Telephone | Email Address |

| Signature | *Terry W. Kramer* | Date | May 31, 2006 |
|---|---|---|---|
| Name (Print/Type) | Terry W. Kramer | Registration No. (Attorney/Agent) | 41,541 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

WSOU-Juniper-0002112

150272

## WE CLAIM:

1.      A system of redundant pair automatic protection switching at the edge of a VPLS network comprising:

a redundant pair of provider edge nodes comprising:

a first provider edge node adapted to function as a working node of the redundant pair; and

a second provider edge node adapted to function as a protection node of the redundant pair;

wherein the first provider edge node is adapted to upon a switchover in the redundant pair:

send an explicit request to a third provider edge node which possesses a MAC address entry that the third provider edge node previously learned from the first provider edge node to flush said MAC address entry.

2.      A system of redundant pair automatic protection switching at the edge of a VPLS network according to claim 1 wherein the redundant pair of provider edge nodes are configured to be an APS 1+1 redundant pair.

3.      A system of redundant pair automatic protection switching at the edge of a VPLS network according to claim 1 further comprising:

an access switch linked to the first provider edge node over a working link and linked to the second provider edge node over a protection link;

wherein the access switch forms a working circuit with the working link and the first provider edge node, and wherein the access switch forms a protection circuit with the protection link and the second provider edge node.

16

WSOU-Juniper-0002129

Application No: 11/443,101                Attorney's Docket No: ALC 3242.01

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| In re Application of | : | Kajal Saha |
| | : | |
| For | | SYSTEM AND METHOD FOR RESILIENT VPLS OVER MULT-NODAL APS PROTECTED PROVIDER EDGE ACCESS |
| | : | |
| Serial No.: | : | 11/443,101 |
| | : | |
| Filed | : | May 31, 2006 |
| | : | |
| Art Unit | : | 2416 |
| | : | |
| Examiner | : | Bokhari, Syed M. |
| | : | |
| Att. Docket | : | ALC 3242.01 |
| | : | |
| Confirmation No. | : | 3476 |

**AMENDMENT UNDER 37 C.F.R § 1.111**

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir: In response to the Office Action mailed November 26, 2008, Applicant

respectfully submits the following amendments for form, and requests

reconsideration and withdrawal of all rejections, for the reasons Applicant

respectfully submits at the Remarks section of this paper.

   **Listing of the claims** begins at page **2** of this paper.

   **Remarks** begin at page **7** of this paper.

- 1 -

WSOU-Juniper-0002179

Application No: 11/443,101                    Attorney's Docket No: ALC 3242.01

**Listing of the Claims:**

The following is a complete listing of all the claims in the application, with an indication of the status of each:

1. (Original) A system of redundant pair automatic protection switching at the edge of a VPLS network comprising:

    a redundant pair of provider edge nodes comprising:

    a first provider edge node adapted to function as a working node of the redundant pair; and

    a second provider edge node adapted to function as a protection node of the redundant pair;

    wherein the first provider edge node is adapted to upon a switchover in the redundant pair:

    send an explicit request to a third provider edge node which possesses a MAC address entry that the third provider edge node previously learned from the first provider edge node to flush said MAC address entry.

2. ( Original) A system of redundant pair automatic protection switching at the edge of a VPLS network according to claim 1 wherein the redundant

- 2 -

WSOU-Juniper-0002180

Application No: 11/443,101                     Attorney's Docket No: ALC 3242.01

Applicant respectfully requests the Examiner, for at least the reasons Applicant submits above, to reconsider and withdraw this rejection of claim 5.

CONCLUSION

Applicant submits that all pending claims of this application stand in condition for allowance.  Should the Examiner have any further comments or suggestions, though, Applicant respectfully requests that the Examiner telephone the undersigned attorney to expeditiously resolve any outstanding issues.

In the event the fees submitted prove insufficient in connection with the filing of this paper, please charge our Deposit Account Number 50-0578 and please credit any excess fees to such Deposit Account.

Respectfully submitted,
KRAMER & AMADO, P.C.

Date: <u>December 26, 2008</u>

Terry W. Kramer
Registration No.:  41,541

KRAMER & AMADO, P.C.
1725 Duke Street, Suite 240
Alexandria, VA 22314
Phone:  703-519-9801
Fax:  703-519-9802

- 14 -

WSOU-Juniper-0002192

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of | : | Kajal Saha |
| | : | |
| For | | SYSTEM AND METHOD FOR RESILIENT VPLS OVER MULT-NODAL APS PROTECTED PROVIDER EDGE ACCESS |
| | : | |
| Serial No.: | : | 11/443,101 |
| | : | |
| Filed | : | May 31, 2006 |
| | : | |
| Art Unit | : | 2416 |
| | : | |
| Examiner | : | Bokhari, Syed M. |
| | : | |
| Att. Docket | : | ALC 3242.01 |
| | : | |
| Confirmation No. | : | 3476 |

## AMENDMENT UNDER 37 C.F.R § 1.111

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir: In response to the Office Action mailed April 1, 2009, Applicant respectfully submits the following amendments for form, and requests reconsideration and withdrawal of the Office Action rejections for the reasons Applicant respectfully submits at the Remarks section of this paper.

**Listing of the claims** begins at page **2** of this paper.

**Remarks** begin at page **8** of this paper.

- 1 -

WSOU-Juniper-0002224

Application No: 11/443,101                    Attorney's Docket No: ALC 3242.01

**Listing of the Claims:**

The following is a complete listing of all the claims in the application, with an indication of the status of each:

1   1. (Currently Amended) A system of redundant pair automatic protection

2   switching at the edge of a <u>Virtual Private LAN System (VPLS)</u> network

3   comprising:

4           a redundant pair of provider edge nodes comprising:

5                   a first provider edge node adapted to function as a working node

6           of the redundant pair<u>,</u> [[;]] and

7                   a second provider edge node adapted to function as a protection

8           node of the redundant pair; <u>and</u>

9           <u>a third provider edge node possessing a media access control (MAC)</u>

10   <u>address entry for the first provider edge node, previously learned by the third</u>

11   <u>provider edge node,</u>

12           <u>wherein the first provider edge node, when functioning as the working</u>

13   <u>node, communicates with the third provider edge node, and</u>

14           <u>wherein the first provider edge node is adapted to upon a switchover in</u>

15   the redundant pair:

16           send an explicit request to <u>the</u> [[a]] third provider edge node ~~which~~

17   ~~possesses a MAC address entry that the third provider edge node~~

- 2 -

Application No: 11/443,101                    Attorney's Docket No: ALC 3242.01

18    ~~previously learned from the first provider edge node~~ to flush said MAC

19    address entry.

1     2. ( Currently Amended) A system of redundant pair automatic protection

2     switching at the edge of a VPLS network according to claim 1 wherein the

3     redundant pair of provider edge nodes are configured to be an <u>Automatic</u>

4     <u>Protection Switching (APS)</u> 1+1 redundant pair.

1     3. (Original) A system of redundant pair automatic protection switching at the

2     edge of a VPLS network according to claim 1 further comprising:

3         an access switch linked to the first provider edge node over a working

4     link and linked to the second provider edge node over a protection link;

5         wherein the access switch forms a working circuit with the working

6     link and the first provider edge node, and wherein the access switch forms

7     a protection circuit with the protection link and the second provider edge

8     node.

1     4. (Original) A system of redundant pair automatic protection switching at the

2     edge of a VPLS network according to claim 1 further comprising:

3         a first tunnel linking the first provider edge node with the third

4     provider edge node;

- 3 -

WSOU-Juniper-0002226

Application No: 11/443,101          Attorney's Docket No: ALC 3242.01

Applicant further submits that the claims as amended define all acronyms and abbreviations, and therefore overcome the objections to claims 1, 2 and stated at page 2 of the Office Action.

Applicant respectfully requests the Examiner, for at least the reasons that Applicant submits above, to reconsider and withdraw the rejection of claims 1 and 6, and of all their dependent claims 2-5 and 7-8.

### CONCLUSION

Applicant submits that all pending claims of this application stand in condition for allowance. Should the Examiner have any further comments or suggestions, though, Applicant respectfully requests that the Examiner telephone the undersigned attorney to expeditiously resolve any outstanding issues.

In the event the fees submitted prove insufficient in connection with the filing of this paper, please charge our Deposit Account Number 50-0578 and please credit any excess fees to such Deposit Account.

Respectfully submitted,
**KRAMER & AMADO, P.C.**

Date: April 20, 2009

Terry W. Kramer
Registration No.: 41,541

KRAMER & AMADO, P.C.
1725 Duke Street, Suite 240
Alexandria, VA 22314
Phone: 703-519-9801
Fax: 703-519-9802

- 10 -

WSOU-Juniper-0002233

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of | : | Kajal Saha, et al. |
| | : | |
| For | : | SYSTEM AND METHOD FOR |
| | : | RESILIENT VPLS OVER |
| | : | MULTI-NODAL APS PROTECTED |
| | : | PROVIDER EDGE ACCESS |
| | : | |
| Serial No.: | : | 11/443,101 |
| | : | |
| Filed | : | May 31, 2006 |
| | : | |
| Art Unit | : | 2473 |
| | : | |
| Examiner | : | Bokhari, Syed M. |
| | : | |
| Att. Docket | : | ALC 3242.01 |
| | : | |
| Confirmation No. | : | 3476 |

## AMENDMENT UNDER 37 C.F.R § 1.111

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In response to the Office Action mailed January 22, 2010, Applicant respectfully submits the following amendments for form, and requests reconsideration and withdrawal of the Office Action rejections for the reasons Applicant respectfully submits at the Remarks section of this paper.

**CLAIM AMENDMENTS** begin on page 2 of this paper.

**REMARKS/ARGUMENTS** begin on page 8 of this paper.

- 1 -

WSOU-Juniper-0002320

Application No: 11/443,101
Attorney Docket No: ALC 3242.01

## CLAIM AMENDMENTS

This listing of claims, with an indication of the status of each claim, will replace all prior versions and listings of claims in the application.

### Listing of Claims

1. (Currently Amended) A system of redundant pair automatic protection switching at the edge of a Virtual Private LAN System (VPLS) network comprising:

   a redundant pair of provider edge nodes comprising:

   a first provider edge node ~~adapted to function as~~ that is a working node of the redundant pair before a switchover and a protection node of the redundant pair after the switchover, and

   a second provider edge node ~~adapted to function as a~~ that is the protection node of the redundant pair before the switchover and the working node of the redundant pair after the switchover; and

   a third provider edge node possessing a media access control (MAC) address entry for the first provider edge node, previously learned by the third provider edge node,

   wherein the first provider edge node, when functioning as the working node, communicates with the third provider edge node, and

- 2 -

WSOU-Juniper-0002321

Application No: 11/443,101
Attorney Docket No: ALC 3242.01

16   wherein the first provider edge node, is adapted to upon a after the

17   switchover in the redundant pair.; send sends an explicit request to the third

18   provider edge node to flush said MAC address entry.


1   2. (Currently Amended) A The system of redundant pair automatic

2   protection switching at the edge of a VPLS network according to claim 1,

3   wherein the redundant pair of provider edge nodes are configured to be is

4   an Automatic Protection Switching (APS) 1+1 redundant pair.


1   3. (Currently Amended) A The system of redundant pair automatic protection

2   switching at the edge of a VPLS network according to claim 1, further

3   comprising:

4   an access switch linked to the first provider edge node over a working

5   link and linked to the second provider edge node over a protection link;

6   wherein the access switch forms a working circuit with the working link and

7   the first provider edge node, and wherein the access switch forms a protection

8   circuit with the protection link and the second provider edge node.


1   4. (Currently Amended) A The system of redundant pair automatic protection

2   switching at the edge of a VPLS network according to claim 1, further

3   comprising:


- 3 -

WSOU-Juniper-0002322

Application No: 11/443,101
Attorney Docket No: ALC 3242.01

CONCLUSION

Applicant submits that all pending claims of this application stand in condition for allowance. Should the Examiner have any further comments or suggestions, though, Applicant respectfully requests that the Examiner telephone the undersigned attorney to expeditiously resolve any outstanding issues.

In the event the fees submitted prove insufficient in connection with the filing of this paper, please charge our Deposit Account Number 50-0578 and please credit any excess fees to such Deposit Account.

Respectfully submitted,
**KRAMER & AMADO, P.C.**

Date: _____ March 23, 2010 _____

Terry W. Kramer
Registration No.: 41,541

KRAMER & AMADO, P.C.
1725 Duke Street, Suite 240
Alexandria, VA 22314
Phone: 703-519-9801
Fax: 703-519-9802

- 11 -

WSOU-Juniper-0002330

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE BOARD OF PATENT APPEALS AND INTERFERENCES

| | | |
|---|---|---|
| In re Application of | : | Kajal Saha |
| | : | |
| For | : | SYSTEM AND METHOD FOR |
| | : | RESILIENT VPLS OVER MULTI- |
| | : | NODAL APS PROTECTED |
| | : | PROVIDER EDGE ACCESS |
| | : | |
| Serial No. | : | 11/443,101 |
| | : | |
| Filed | : | May 31, 2006 |
| | : | |
| Art Unit | : | 2473 |
| | : | |
| Examiner | : | Syed M. Bokhari |
| | : | |
| Att. Docket | : | ALC 3242.01 |
| | : | |
| Confirmation No. | : | 3476 |

## APPEAL BRIEF

Mail Stop Appeal Brief Patents
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Sir:

　　This Appeal Brief is submitted in support of the Notice of Appeal filed herewith.

## I. REAL PARTY IN INTEREST

　　The party in interest is Alcatel, by way of an Assignment recorded at Reel

017945, frame 0244.

WSOU-Juniper-0002452

Application No: 11/443,101
Attorney Docket No: ALC 3242.01

CONCLUSION

For at least the reasons discussed above, Appellant respectfully submits that the rejections are in error and that claims 1-11 are in condition for allowance. Therefore, Appellant respectfully requests that this Honorable Board reverse the rejections of claims 1-11.

Respectfully submitted,
**KRAMER & AMADO, P.C.**

Date:___April 18, 2011___

_____
Terry W. Kramer
Reg. No. 41,541

KRAMER & AMADO, P.C.
1725 Duke Street, Suite 240
Alexandria, VA 22314
Tel. (703) 519-9801
Fax. (703) 519-9802

- 21 -

WSOU-Juniper-0002472

Application No: 11/443,101
Attorney Docket No: ALC 3242.01

## VIII. CLAIMS APPENDIX

CLAIMS INVOLVED IN THE APPEAL:

1. (Rejected) A system of redundant pair automatic protection switching at the edge of a Virtual Private LAN System (VPLS) network comprising:

a redundant pair of provider edge nodes comprising:

a first provider edge node that is a working node of the redundant pair before a switchover and a protection node of the redundant pair after the switchover, and

a second provider edge node that is the protection node of the redundant pair before the switchover and the working node of the redundant pair after the switchover; and

a third provider edge node possessing a media access control (MAC) address entry for the first provider edge node, previously learned by the third provider edge node, wherein the first provider edge node, when functioning as the working node, communicates with the third provider edge node, and wherein the first provider edge node, after the switchover in the redundant pair, sends an explicit request to the third provider edge node to flush said MAC address entry.


2. (Rejected) The system of claim 1, wherein the redundant pair of provider edge nodes is an Automatic Protection Switching (APS) 1+1 redundant pair.


3. (Rejected) The system of claim 1, further comprising:

- 22 -

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE BOARD OF PATENT APPEALS AND INTERFERENCES

| | | |
|---|---|---|
| In re Application of | : | Kajal Saha |
| | : | |
| For | : | SYSTEM AND METHOD FOR |
| | : | RESILIENT VPLS OVER MULTI- |
| | : | NODAL APS PROTECTED |
| | : | PROVIDER EDGE ACCESS |
| | : | |
| Serial No. | : | 11/443,101 |
| | : | |
| Filed | : | May 31, 2006 |
| | : | |
| Art Unit | : | 2473 |
| | : | |
| Examiner | : | Syed M. Bokhari |
| | : | |
| Att. Docket | : | ALC 3242.01 |
| | : | |
| Confirmation No. | : | 3476 |

## APPEAL BRIEF

Mail Stop Appeal Brief Patents
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Sir:

This Appeal Brief is submitted in support of the Notice of Appeal filed herewith.

## I. REAL PARTY IN INTEREST

The party in interest is Alcatel, by way of an Assignment recorded at Reel

017945, frame 0244.

WSOU-Juniper-0002485

Application No: 11/443,101
Attorney Docket No: ALC 3242.01

CONCLUSION

For at least the reasons discussed above, Appellant respectfully submits that the rejections are in error and that claims 1-11 are in condition for allowance. Therefore, Appellant respectfully requests that this Honorable Board reverse the rejections of claims 1-11.

Respectfully submitted,
KRAMER & AMADO, P.C.

Date:___April 26, 2011___

Terry W. Kramer
Reg. No. 41,541

KRAMER & AMADO, P.C.
1725 Duke Street, Suite 240
Alexandria, VA 22314
Tel. (703) 519-9801
Fax. (703) 519-9802

- 21 -

WSOU-Juniper-0002505

Application No: 11/443,101
Attorney Docket No: ALC 3242.01

## VIII. CLAIMS APPENDIX

CLAIMS INVOLVED IN THE APPEAL:

1. (Rejected) A system of redundant pair automatic protection switching at the edge of a Virtual Private LAN System (VPLS) network comprising:

a redundant pair of provider edge nodes comprising:

a first provider edge node that is a working node of the redundant pair before a switchover and a protection node of the redundant pair after the switchover, and

a second provider edge node that is the protection node of the redundant pair before the switchover and the working node of the redundant pair after the switchover; and

a third provider edge node possessing a media access control (MAC) address entry for the first provider edge node, previously learned by the third provider edge node, wherein the first provider edge node, when functioning as the working node, communicates with the third provider edge node, and wherein the first provider edge node, after the switchover in the redundant pair, sends an explicit request to the third provider edge node to flush said MAC address entry.

2. (Rejected) The system of claim 1, wherein the redundant pair of provider edge nodes is an Automatic Protection Switching (APS) 1+1 redundant pair.

3. (Rejected) The system of claim 1, further comprising:

- 22 -

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of | : | Kajal Saha, et al. |
| | : | |
| For | : | SYSTEM AND METHOD FOR |
| | : | RESILIENT VPLS OVER |
| | : | MULTI-NODAL APS PROTECTED |
| | : | PROVIDER EDGE ACCESS |
| | : | |
| Serial No. | : | 11/443,101 |
| | : | |
| Filed | : | May 31, 2006 |
| | : | |
| Art Unit | : | 2473 |
| | : | |
| Examiner | : | Bokhari, Syed M. |
| | : | |
| Att. Docket | : | ALC 3242.01 |
| | : | |
| Confirmation No. | : | 3476 |

## AMENDMENT UNDER 37 C.F.R § 1.111

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In response to the Office Action mailed July 22, 2011, Applicant respectfully submits the following amendments for form, and requests reconsideration and withdrawal of the Office Action rejections for the reasons Applicant respectfully submits in the Remarks section of this paper.

**CLAIM AMENDMENTS** begin on page 2 of this paper.

**REMARKS/ARGUMENTS** begin on page 8 of this paper.

- 1 -

WSOU-Juniper-0002565

Application No: 11/443,101
Attorney Docket No: ALC 3242.01

## CLAIM AMENDMENTS

This listing of claims, with an indication of the status of each claim, will replace all prior versions and listings of claims in the application.

1. (Currently Amended) A system of redundant pair automatic protection switching at the edge of a Virtual Private LAN System (VPLS) network comprising a redundant pair of provider edge nodes comprising:

a first provider edge node that is a working node of the redundant pair before a switchover and a protection node of the redundant pair after the switchover, and

a second provider edge node that is the protection node of the redundant pair before the switchover and the working node of the redundant pair after the switchover; and

a third provider edge node possessing a media access control (MAC) address entry for the first provider edge node, previously learned by the third provider edge node, wherein the first provider edge node, when functioning as the working node, communicates with the third provider edge node, and ~~wherein the first provider edge node~~, after the switchover in the redundant pair, sends an explicit request to the third provider edge node to flush said MAC address entry <u>for the first provider edge node</u>.

- 2 -

WSOU-Juniper-0002566

Application No: 11/443,101
Attorney Docket No: ALC 3242.01

## CONCLUSION

Applicant submits that all pending claims of this application stand in condition for allowance. Should the Examiner have any further comments or suggestions, though, Applicant respectfully requests that the Examiner telephone the undersigned attorney to expeditiously resolve any outstanding issues. In the event the fees submitted prove insufficient in connection with the filing of this paper, please charge our Deposit Account Number 50-0578 and please credit any excess fees to such Deposit Account.

Respectfully submitted,
**KRAMER & AMADO, P.C.**

/Eric J. Nuss/

Date:      August 17, 2011      

Eric J. Nuss
Registration No.:  40,106

KRAMER & AMADO, P.C.
1725 Duke Street, Suite 240
Alexandria, VA 22314
Phone:  703-519-9801
Fax:  703-519-9802

- 13 -

WSOU-Juniper-0002577

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of | : | Kajal Saha, et al. |
| | : | |
| For | : | SYSTEM AND METHOD FOR |
| | : | RESILIENT VPLS OVER |
| | : | MULTI-NODAL APS PROTECTED |
| | : | PROVIDER EDGE ACCESS |
| | : | |
| Serial No. | : | 11/443,101 |
| | : | |
| Filed | : | May 31, 2006 |
| | : | |
| Art Unit | : | 2473 |
| | : | |
| Examiner | : | Bokhari, Syed M. |
| | : | |
| Att. Docket | : | ALC 3242.01 |
| | : | |
| Confirmation No. | : | 3476 |

## AMENDMENT UNDER 37 C.F.R § 1.111

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In response to the Office Action mailed April 9, 2012, Applicant respectfully submits the following amendments for form, and requests reconsideration and withdrawal of the Office Action rejections for the reasons Applicant respectfully submits in the Remarks section of this paper.

**CLAIM AMENDMENTS** begin on page 2 of this paper.

**REMARKS** begin on page 9 of this paper.

- 1 -

WSOU-Juniper-0002673

Application No: 11/443,101
Attorney Docket No: ALC 3242.01

### CLAIM AMENDMENTS

This listing of claims, with an indication of the status of each claim, will replace all prior versions and listings of claims in the application.

1. (Previously Presented) A system of redundant pair automatic protection switching at the edge of a Virtual Private LAN System (VPLS) network comprising a redundant pair of provider edge nodes comprising:

a first provider edge node that is a working node of the redundant pair before a switchover and a protection node of the redundant pair after the switchover, and

a second provider edge node that is the protection node of the redundant pair before the switchover and the working node of the redundant pair after the switchover; and

a third provider edge node possessing a media access control (MAC) address entry for the first provider edge node, previously learned by the third provider edge node, wherein the first provider edge node, when functioning as the working node, communicates with the third provider edge node, and, after the switchover in the redundant pair, sends an explicit request to the third provider edge node to flush said MAC address entry for the first provider edge node.

WSOU-Juniper-0002674

Application No: 11/443,101
Attorney Docket No: ALC 3242.01

CONCLUSION

Applicant submits that all pending claims of this application stand in condition for allowance. Should the Examiner have any further comments or suggestions, though, Applicant respectfully requests that the Examiner telephone the undersigned attorney to expeditiously resolve any outstanding issues. In the event the fees submitted prove insufficient in connection with the filing of this paper, please charge our Deposit Account Number 50-0578 and please credit any excess fees to such Deposit Account.

Respectfully submitted,
KRAMER & AMADO, P.C.

Date:     May 4, 2012

Terry W. Kramer
Registration No.: 41,541

KRAMER & AMADO, P.C.
1725 Duke Street, Suite 240
Alexandria, VA 22314
Phone: 703-519-9801
Fax: 703-519-9802

- 13 -

WSOU-Juniper-0002685