# EXHIBIT 8

Network Working Group                                    L. Berger, Editor
Request for Comments: 3471                                  Movaz Networks
Category: Standards Track                                     January 2003

Generalized Multi-Protocol Label Switching (GMPLS)
Signaling Functional Description

Status of this Memo

This document specifies an Internet standards track protocol for the
Internet community, and requests discussion and suggestions for
improvements.  Please refer to the current edition of the "Internet
Official Protocol Standards" (STD 1) for the standardization state
and status of this protocol.  Distribution of this memo is unlimited.

Copyright Notice

Copyright (C) The Internet Society (2003).  All Rights Reserved.

Abstract

This document describes extensions to Multi-Protocol Label Switching
(MPLS) signaling required to support Generalized MPLS.  Generalized
MPLS extends the MPLS control plane to encompass time-division (e.g.,
Synchronous Optical Network and Synchronous Digital Hierarchy,
SONET/SDH), wavelength (optical lambdas) and spatial switching (e.g.,
incoming port or fiber to outgoing port or fiber).  This document
presents a functional description of the extensions.  Protocol
specific formats and mechanisms, and technology specific details are
specified in separate documents.

Table of Contents

1.  Introduction  ...............................................    2
2.  Overview  ...................................................    3
3.  Label Related Formats  ......................................    6
    3.1  Generalized Label Request  .............................    6
    3.2  Generalized Label  .....................................   11
    3.3  Waveband Switching  ....................................   12
    3.4  Suggested Label  .......................................   13
    3.5  Label Set  .............................................   14
4.  Bidirectional LSPs  .........................................   16
    4.1  Required Information  ..................................   17
    4.2  Contention Resolution  ................................   17
5.  Notification on Label Error  ................................   20
6.  Explicit Label Control  .....................................   20
    6.1  Required Information  ..................................   21

WSOU-Juniper-0004898

RFC 3471        GMPLS Signaling Functional Description

7.  Protection Information  .....................................  21
    7.1  Required Information  ..................................  22
8.  Administrative Status Information  .........................  23
    8.1  Required Information  ..................................  24
9.  Control Channel Separation  ................................  25
    9.1  Interface Identification  .............................  25
    9.2  Fault Handling  .......................................  27
10. Acknowledgments  ...........................................  27
11. Security Considerations  ...................................  28
12. IANA Considerations  .......................................  28
13. Intellectual Property Considerations  .....................  29
14. References  ................................................  29
    14.1  Normative References  ................................  29
    14.2  Informative References  ..............................  30
15. Contributors  .............................................  31
16. Editor's Address  .........................................  33
17. Full Copyright Statement  .................................  34

1. Introduction

    The Multiprotocol Label Switching (MPLS) architecture [RFC3031] has
    been defined to support the forwarding of data based on a label.  In
    this architecture, Label Switching Routers (LSRs) were assumed to
    have a forwarding plane that is capable of (a) recognizing either
    packet or cell boundaries, and (b) being able to process either
    packet headers (for LSRs capable of recognizing packet boundaries) or
    cell headers (for LSRs capable of recognizing cell boundaries).

    The original architecture has recently been extended to include LSRs
    whose forwarding plane recognizes neither packet, nor cell
    boundaries, and therefore, can't forward data based on the
    information carried in either packet or cell headers.  Specifically,
    such LSRs include devices where the forwarding decision is based on
    time slots, wavelengths, or physical ports.

    Given the above, LSRs, or more precisely interfaces on LSRs, can be
    subdivided into the following classes:

    1. Interfaces that recognize packet/cell boundaries and can forward
       data based on the content of the packet/cell header.  Examples
       include interfaces on routers that forward data based on the
       content of the "shim" header, interfaces on (Asynchronous Transfer
       Mode) ATM-LSRs that forward data based on the ATM VPI/VCI.  Such
       interfaces are referred to as Packet-Switch Capable (PSC).

WSOU-Juniper-0004899

RFC 3471       GMPLS Signaling Functional Description

2.  Interfaces that forward data based on the data's time slot in a
    repeating cycle.  An example of such an interface is an interface
    on a SONET/SDH Cross-Connect.  Such interfaces are referred to as
    Time-Division Multiplex Capable (TDM).

3.  Interfaces that forward data based on the wavelength on which the
    data is received.  An example of such an interface is an interface
    on an Optical Cross-Connect that can operate at the level of an
    individual wavelength.  Such interfaces are referred to as Lambda
    Switch Capable (LSC).

4.  Interfaces that forward data based on a position of the data in
    the real world physical spaces.  An example of such an interface
    is an interface on an Optical Cross-Connect that can operate at
    the level of a single (or multiple) fibers.  Such interfaces are
    referred to as Fiber-Switch Capable (FSC).

Using the concept of nested Label Switched Paths (LSPs) allows the
system to scale by building a forwarding hierarchy.  At the top of
this hierarchy are FSC interfaces, followed by LSC interfaces,
followed by TDM interfaces, followed by PSC interfaces.  This way, an
LSP that starts and ends on a PSC interface can be nested (together
with other LSPs) into an LSP that starts and ends on a TDM interface.
This LSP, in turn, can be nested (together with other LSPs) into an
LSP that starts and ends on an LSC interface, which in turn can be
nested (together with other LSPs) into an LSP that starts and ends on
a FSC interface.  See [MPLS-HIERARCHY] for more information on LSP
hierarchies.

The establishment of LSPs that span only the first class of
interfaces is defined in [RFC3036, RFC3212, RFC3209].  This document
presents a functional description of the extensions needed to
generalize the MPLS control plane to support each of the four classes
of interfaces.  Only signaling protocol independent formats and
definitions are provided in this document.  Protocol specific formats
are defined in [RFC3473] and [RFC3472].  Technology specific details
are outside the scope of this document and will be specified in
technology specific documents, such as [GMPLS-SONET].

The key words "MUST", "MUST NOT", "REQUIRED", "SHALL", "SHALL NOT",
"SHOULD", "SHOULD NOT", "RECOMMENDED", "MAY", and "OPTIONAL" in this
document are to be interpreted as described in [RFC2119].

2. Overview

Generalized MPLS differs from traditional MPLS in that it supports
multiple types of switching, i.e., the addition of support for TDM,
lambda, and fiber (port) switching.  The support for the additional

WSOU-Juniper-0004900

RFC 3471        GMPLS Signaling Functional Description

types of switching has driven generalized MPLS to extend certain base
functions of traditional MPLS and, in some cases, to add
functionality.  These changes and additions impact basic LSP
properties, how labels are requested and communicated, the
unidirectional nature of LSPs, how errors are propagated, and
information provided for synchronizing the ingress and egress.

In traditional MPLS Traffic Engineering, links traversed by an LSP
can include an intermix of links with heterogeneous label encodings.
For example, an LSP may span links between routers, links between
routers and ATM-LSRs, and links between ATM-LSRs.  Generalized MPLS
extends this by including links where the label is encoded as a time
slot, or a wavelength, or a position in the real world physical
space.  Just like with traditional MPLS TE, where not all LSRs are
capable of recognizing (IP) packet boundaries (e.g., an ATM-LSR) in
their forwarding plane, generalized MPLS includes support for LSRs
that can't recognize (IP) packet boundaries in their forwarding
plane.  In traditional MPLS TE an LSP that carries IP has to start
and end on a router.  Generalized MPLS extends this by requiring an
LSP to start and end on similar type of LSRs.  Also, in generalized
MPLS the type of a payload that can be carried by an LSP is extended
to allow such payloads as SONET/SDH, or 1 or 10Gb Ethernet.  These
changes from traditional MPLS are reflected in how labels are
requested and communicated in generalized MPLS, see Sections 3.1 and
3.2.  A special case of Lambda switching, called Waveband switching
is also described in Section 3.3.

Another basic difference between traditional and non-PSC types of
generalized MPLS LSPs, is that bandwidth allocation for an LSP can be
performed only in discrete units, see Section 3.1.3.  There are also
likely to be (much) fewer labels on non-PSC links than on PSC links.
Note that the use of Forwarding Adjacencies (FA), see [MPLS-
HIERARCHY], provides a mechanism that may improve bandwidth
utilization, when bandwidth allocation can be performed only in
discrete units, as well as a mechanism to aggregate forwarding state,
thus allowing the number of required labels to be reduced.

Generalized MPLS allows for a label to be suggested by an upstream
node, see Section 3.4.  This suggestion may be overridden by a
downstream node but, in some cases, at the cost of higher LSP setup
time.  The suggested label is valuable when establishing LSPs through
certain kinds of optical equipment where there may be a lengthy (in
electrical terms) delay in configuring the switching fabric.  For
example micro mirrors may have to be elevated or moved, and this
physical motion and subsequent damping takes time.  If the labels and
hence switching fabric are configured in the reverse direction (the

Berger                      Standards Track                      [Page 4]

WSOU-Juniper-0004901

norm) the MAPPING/Resv message may need to be delayed by 10's of
milliseconds per hop in order to establish a usable forwarding path.
The suggested label is also valuable when recovering from nodal
faults.

Generalized MPLS extends on the notion of restricting the range of
labels that may be selected by a downstream node, see Section 3.5.
In generalized MPLS, an ingress or other upstream node may restrict
the labels that may be used by an LSP along either a single hop or
along the whole LSP path.  This feature is driven from the optical
domain where there are cases where wavelengths used by the path must
be restricted either to a small subset of possible wavelengths, or to
one specific wavelength.  This requirement occurs because some
equipment may only be able to generate a small set of the wavelengths
that intermediate equipment may be able to switch, or because
intermediate equipment may not be able to switch a wavelength at all,
being only able to redirect it to a different fiber.

While traditional traffic engineered MPLS (and even LDP) are
unidirectional, generalized MPLS supports the establishment of
bidirectional LSPs, see Section 4.  The need for bidirectional LSPs
comes from non-PSC applications.  There are multiple reasons why such
LSPs are needed, particularly possible resource contention when
allocating reciprocal LSPs via separate signaling sessions, and
simplifying failure restoration procedures in the non-PSC case.
Bidirectional LSPs also have the benefit of lower setup latency and
lower number of messages required during setup.

Generalized MPLS supports the communication of a specific label to
use on a specific interface, see Section 6.  [RFC3473] also supports
an RSVP specific mechanism for rapid failure notification.

Generalized MPLS formalizes possible separation of control and data
channels, see Section 9.  Such support is particularly important to
support technologies where control traffic cannot be sent in-band
with the data traffic.

Generalized MPLS also allows for the inclusion of technology specific
parameters in signaling.  The intent is for all technology specific
parameters to be carried, when using RSVP, in the SENDER_TSPEC and
other related objects, and when using CR-LDP, in the Traffic
Parameters TLV.  Technology specific formats will be defined on an as
needed basis.  For an example definition, see [GMPLS-SONET].

WSOU-Juniper-0004902

RFC 3471        GMPLS Signaling Functional Description

3. Label Related Formats

    To deal with the widening scope of MPLS into the optical and time
    domain, several new forms of "label" are required.  These new forms
    of label are collectively referred to as a "generalized label".  A
    generalized label contains enough information to allow the receiving
    node to program its cross connect, regardless of the type of this
    cross connect, such that the ingress segments of the path are
    properly joined.  This section defines a generalized label request, a
    generalized label, support for waveband switching, suggested label
    and label sets.

    Note that since the nodes sending and receiving the new form of label
    know what kinds of link they are using, the generalized label does
    not contain a type field, instead the nodes are expected to know from
    context what type of label to expect.

3.1. Generalized Label Request

    The Generalized Label Request supports communication of
    characteristics required to support the LSP being requested.  These
    characteristics include LSP encoding and LSP payload.  Note that
    these characteristics may be used by transit nodes, e.g., to support
    penultimate hop popping.

    The Generalized Label Request carries an LSP encoding parameter,
    called LSP Encoding Type.  This parameter indicates the encoding
    type, e.g., SONET/SDH/GigE etc., that will be used with the data
    associated with the LSP.  The LSP Encoding Type represents the nature
    of the LSP, and not the nature of the links that the LSP traverses.
    A link may support a set of encoding formats, where support means
    that a link is able to carry and switch a signal of one or more of
    these encoding formats depending on the resource availability and
    capacity of the link.  For example, consider an LSP signaled with
    "lambda" encoding.   It is expected that such an LSP would be
    supported with no electrical conversion and no knowledge of the
    modulation and speed by the transit nodes.  Other formats normally
    require framing knowledge, and field parameters are broken into the
    framing type and speed as shown below.

    The Generalized Label Request also indicates the type of switching
    that is being requested on a link.  This field normally is consistent
    across all links of an LSP.

WSOU-Juniper-0004903

RFC 3471        GMPLS Signaling Functional Description

3.1.1. Required Information

   The information carried in a Generalized Label Request is:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+---+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| LSP Enc. Type |Switching Type |          G-PID                |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

      LSP Encoding Type: 8 bits

         Indicates the encoding of the LSP being requested.  The
         following shows permitted values and their meaning:

         Value       Type
         -----       ----
           1         Packet
           2         Ethernet
           3         ANSI/ETSI PDH
           4         Reserved
           5         SDH ITU-T G.707 / SONET ANSI T1.105
           6         Reserved
           7         Digital Wrapper
           8         Lambda (photonic)
           9         Fiber
          10         Reserved
          11         FiberChannel

         The ANSI PDH and ETSI PDH types designate these respective
         networking technologies.  DS1 and DS3 are examples of ANSI PDH
         LSPs.  An E1 LSP would be ETSI PDH.  The Lambda encoding type
         refers to an LSP that encompasses a whole wavelengths.  The
         Fiber encoding type refers to an LSP that encompasses a whole
         fiber port.

Berger                      Standards Track                     [Page 7]

WSOU-Juniper-0004904

RFC 3471         GMPLS Signaling Functional Description

Switching Type: 8 bits

    Indicates the type of switching that should be performed on a
    particular link.  This field is needed for links that advertise
    more than one type of switching capability.  This field should
    map to one of the values advertised for the corresponding link
    in the routing Switching Capability Descriptor, see [GMPLS-
    RTG].

    The following are currently defined values:

    Value       Type
    -----       ----
      1         Packet-Switch Capable-1 (PSC-1)
      2         Packet-Switch Capable-2 (PSC-2)
      3         Packet-Switch Capable-3 (PSC-3)
      4         Packet-Switch Capable-4 (PSC-4)
     51         Layer-2 Switch Capable  (L2SC)
    100         Time-Division-Multiplex Capable (TDM)
    150         Lambda-Switch Capable   (LSC)
    200         Fiber-Switch Capable    (FSC)

WSOU-Juniper-0004905

RFC 3471        GMPLS Signaling Functional Description

Generalized PID (G-PID): 16 bits

An identifier of the payload carried by an LSP, i.e., an
identifier of the client layer of that LSP.  This is used by
the nodes at the endpoints of the LSP, and in some cases by the
penultimate hop.  Standard Ethertype values are used for packet
and Ethernet LSPs; other values are:

| Value | Type | Technology |
|-------|------|------------|
| 0 | Unknown | All |
| 1 | Reserved | |
| 2 | Reserved | |
| 3 | Reserved | |
| 4 | Reserved | |
| 5 | Asynchronous mapping of E4 | SDH |
| 6 | Asynchronous mapping of DS3/T3 | SDH |
| 7 | Asynchronous mapping of E3 | SDH |
| 8 | Bit synchronous mapping of E3 | SDH |
| 9 | Byte synchronous mapping of E3 | SDH |
| 10 | Asynchronous mapping of DS2/T2 | SDH |
| 11 | Bit synchronous mapping of DS2/T2 | SDH |
| 12 | Reserved | |
| 13 | Asynchronous mapping of E1 | SDH |
| 14 | Byte synchronous mapping of E1 | SDH |
| 15 | Byte synchronous mapping of 31 * DS0 | SDH |
| 16 | Asynchronous mapping of DS1/T1 | SDH |
| 17 | Bit synchronous mapping of DS1/T1 | SDH |
| 18 | Byte synchronous mapping of DS1/T1 | SDH |
| 19 | VC-11 in VC-12 | SDH |
| 20 | Reserved | |
| 21 | Reserved | |
| 22 | DS1 SF Asynchronous | SONET |
| 23 | DS1 ESF Asynchronous | SONET |
| 24 | DS3 M23 Asynchronous | SONET |
| 25 | DS3 C-Bit Parity Asynchronous | SONET |
| 26 | VT/LOVC | SDH |
| 27 | STS SPE/HOVC | SDH |
| 28 | POS - No Scrambling, 16 bit CRC | SDH |
| 29 | POS - No Scrambling, 32 bit CRC | SDH |
| 30 | POS - Scrambling, 16 bit CRC | SDH |
| 31 | POS - Scrambling, 32 bit CRC | SDH |
| 32 | ATM mapping | SDH |
| 33 | Ethernet | SDH, Lambda, Fiber |
| 34 | SONET/SDH | Lambda, Fiber |
| 35 | Reserved (SONET deprecated) | Lambda, Fiber |
| 36 | Digital Wrapper | Lambda, Fiber |
| 37 | Lambda | Fiber |

Berger                        Standards Track                      [Page 9]

WSOU-Juniper-0004906

RFC 3471        GMPLS Signaling Functional Description

```
      38        ANSI/ETSI PDH                    SDH
      39        Reserved                         SDH
      40        Link Access Protocol SDH         SDH
                (LAPS - X.85 and X.86)
      41        FDDI                             SDH, Lambda, Fiber
      42        DQDB (ETSI ETS 300 216)          SDH
      43        FiberChannel-3 (Services)        FiberChannel
      44        HDLC                             SDH
      45        Ethernet V2/DIX (only)           SDH, Lambda, Fiber
      46        Ethernet 802.3 (only)            SDH, Lambda, Fiber
```

3.1.2. Bandwidth Encoding

   Bandwidth encodings are carried in 32 bit number in IEEE floating
   point format (the unit is bytes per second).  For non-packet LSPs, it
   is useful to define discrete values to identify the bandwidth of the
   LSP.  Some typical values for the requested bandwidth are enumerated
   below.  (These values are guidelines.)  Additional values will be
   defined as needed.  Bandwidth encoding values are carried in a per
   protocol specific manner, see [RFC3473] and [RFC3472].

```
      Signal Type   (Bit-rate)            Value (Bytes/Sec)
                                          (IEEE Floating point)
      -------------  ---------------      ---------------------
               DS0   (0.064 Mbps)         0x45FA0000
               DS1   (1.544 Mbps)         0x483C7A00
                E1   (2.048 Mbps)         0x487A0000
               DS2   (6.312 Mbps)         0x4940A080
                E2   (8.448 Mbps)         0x4980E800
          Ethernet   (10.00 Mbps)         0x49989680
                E3    (34.368 Mbps)       0x4A831A80
               DS3    (44.736 Mbps)       0x4AAAA780
             STS-1   (51.84 Mbps)         0x4A6C5C100
      Fast Ethernet  (100.00 Mbps)        0x4B3EBC20
                E4    (139.264 Mbps)      0x4B84D000
          FC-0 133M                       0x4B7DAD68
          OC-3/STM-1  (155.52 Mbps)       0x4B9450C0
          FC-0 266M                       0x4BFDAD68
          FC-0 531M                       0x4C7D3356
          OC-12/STM-4 (622.08 Mbps)       0x4C9450C0
               GigE   (1000.00 Mbps)      0x4CEE6B28
          FC-0 1062M                      0x4CFD3356
          OC-48/STM-16  (2488.32 Mbps)    0x4D9450C0
          OC-192/STM-64 (9953.28 Mbps)    0x4E9450C0
          10GigE-LAN   (10000.00 Mbps)    0x4E9502F9
          OC-768/STM-256 (39813.12 Mbps)  0x4F9450C0
```

WSOU-Juniper-0004907

RFC 3471        GMPLS Signaling Functional Description

## 3.2. Generalized Label

The Generalized Label extends the traditional label by allowing the representation of not only labels which travel in-band with associated data packets, but also labels which identify time-slots, wavelengths, or space division multiplexed positions.  For example, the Generalized Label may carry a label that represents (a) a single fiber in a bundle, (b) a single waveband within fiber, (c) a single wavelength within a waveband (or fiber), or (d) a set of time-slots within a wavelength (or fiber).  It may also carry a label that represents a generic MPLS label, a Frame Relay label, or an ATM label (VCI/VPI).

A Generalized Label does not identify the "class" to which the label belongs.  This is implicit in the multiplexing capabilities of the link on which the label is used.

A Generalized Label only carries a single level of label, i.e., it is non-hierarchical.  When multiple levels of label (LSPs within LSPs) are required, each LSP must be established separately, see [MPLS-HIERARCHY].

Each Generalized Label object/TLV carries a variable length label parameter.

### 3.2.1. Required Information

The information carried in a Generalized Label is:



```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+---+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                             Label                             |
|                              ...                              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+---+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Label: Variable Length

Carries label information.  The interpretation of this field depends on the type of the link over which the label is used.

### 3.2.1.1. Port and Wavelength Labels

Some configurations of fiber switching (FSC) and lambda switching (LSC) use multiple data channels/links controlled by a single control channel.  In such cases the Label indicates the data channel/link to be used for the LSP.  Note that this case is not the same as when [MPLS-BUNDLE] is being used.

WSOU-Juniper-0004908

RFC 3471        GMPLS Signaling Functional Description

The information carried in a Port and Wavelength label is:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+---+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                             Label                             |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+---+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

Label: 32 bits

   Indicates port/fiber or lamoda to be used, from the perspective of
   the sender of the object/TLV.  Values used in this field only have
   significance between two neighbors, and the receiver may need to
   convert the received value into a value that has local
   significance.  Values may be configured or dynamically determined
   using a protocol such as [LMP].

3.2.1.2. Other Labels

   Generic MPLS labels and Frame Relay labels are encoded right
   justified aligned in 32 bits (4 octets).  ATM labels are encoded with
   the VPI right justified in bits 0-15 and the VCI right justified in
   bits 16-31.

3.3. Waveband Switching

   A special case of lambda switching is waveband switching.  A waveband
   represents a set of contiguous wavelengths which can be switched
   together to a new waveband.  For optimization reasons it may be
   desirable for an optical cross connect to optically switch multiple
   wavelengths as a unit.  This may reduce the distortion on the
   individual wavelengths and may allow tighter separation of the
   individual wavelengths.  The Waveband Label is defined to support
   this special case.

   Waveband switching naturally introduces another level of label
   hierarchy and as such the waveband is treated the same way all other
   upper layer labels are treated.

   As far as the MPLS protocols are concerned there is little difference
   between a waveband label and a wavelength label except that
   semantically the waveband can be subdivided into wavelengths whereas
   the wavelength can only be subdivided into time or statistically
   multiplexed labels.

WSOU-Juniper-0004909

3.3.1. Required information

    Waveband switching uses the same format as the generalized label, see
    section 3.2.1.

    In the context of waveband switching, the generalized label has the
    following format:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                         Waveband Id                           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          Start Label                          |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          End Label                            |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

        Waveband Id: 32 bits

            A waveband identifier.  The value is selected by the sender and
            reused in all subsequent related messages.

        Start Label: 32 bits

            Indicates the channel identifier of the lowest value wavelength
            making up the waveband, from the object/TLV sender's
            perspective.

        End Label: 32 bits

            Indicates the channel identifier of the highest value
            wavelength making up the waveband, from the object/TLV sender's
            perspective.

    Channel identifiers are established either by configuration or by
    means of a protocol such as LMP [LMP].  They are normally used in the
    label parameter of the Generalized Label one PSC and LSC.

3.4. Suggested Label

    The Suggested Label is used to provide a downstream node with the
    upstream node's label preference.  This permits the upstream node to
    start configuring its hardware with the proposed label before the
    label is communicated by the downstream node.  Such early
    configuration is valuable to systems that take non-trivial time to
    establish a label in hardware.  Such early configuration can reduce

WSOU-Juniper-0004910

RFC 3471          GMPLS Signaling Functional Description

setup latency, and may be important for restoration purposes where
alternate LSPs may need to be rapidly established as a result of
network failures.

The use of Suggested Label is only an optimization.  If a downstream
node passes a different label upstream, an upstream LSR reconfigures
itself so that it uses the label specified by the downstream node,
thereby maintaining the downstream control of a label.  Note, the
transmission of a suggested label does not imply that the suggested
label is available for use.  In particular, an ingress node should
not transmit data traffic on a suggested label until the downstream
node passes a label upstream.

The information carried in a suggested label is identical to a
generalized label.  Note, values used in the label field of a
suggested label are from the object/TLV sender's perspective.

3.5. Label Set

The Label Set is used to limit the label choices of a downstream node
to a set of acceptable labels.  This limitation applies on a per hop
basis.

We describe four cases where a Label Set is useful in the optical
domain.  The first case is where the end equipment is only capable of
transmitting on a small specific set of wavelengths/bands.  The
second case is where there is a sequence of interfaces which cannot
support wavelength conversion (CI-incapable) and require the same
wavelength be used end-to-end over a sequence of hops, or even an
entire path.  The third case is where it is desirable to limit the
amount of wavelength conversion being performed to reduce the
distortion on the optical signals.  The last case is where two ends
of a link support different sets of wavelengths.

Label Set is used to restrict label ranges that may be used for a
particular LSP between two peers.  The receiver of a Label Set must
restrict its choice of labels to one which is in the Label Set.  Much
like a label, a Label Set may be present across multiple hops.  In
this case each node generates its own outgoing Label Set, possibly
based on the incoming Label Set and the node's hardware capabilities.
This case is expected to be the norm for nodes with conversion
incapable (CI-incapable) interfaces.

The use of Label Set is optional, if not present, all labels from the
valid label range may be used.  Conceptually the absence of a Label
Set implies a Label Set whose value is {U}, the set of all valid
labels.

Berger                      Standards Track                     [Page 14]

WSOU-Juniper-0004911

3.5.1. Required Information

   A label set is composed of one or more Label_Set objects/TLVs.  Each
   object/TLV contains one or more elements of the Label Set.  Each
   element is referred to as a subchannel identifier and has the same
   format as a generalized label.

   The information carried in a Label_Set is:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+--+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|    Action     |     Reserved      |       Label Type          |
+-+-+-+-+-+-+-+-+-+-+-+-+-+--+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          Subchannel 1                         |
|                             ...                               |
+-+-+-+-+-+-+-+-+-+--+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
:                              :                                :
:                              :                                :
+-+-+-+-+-+-+-+-+-+--+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          Subchannel N                         |
|                             ...                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+--+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

   Action: 8 bits

      0 - Inclusive List

         Indicates that the object/TLV contains one or more subchannel
         elements that are included in the Label Set.

      1 - Exclusive List

         Indicates that the object/TLV contains one or more subchannel
         elements that are excluded from the Label Set.

      2 - Inclusive Range

         Indicates that the object/TLV contains a range of labels.  The
         object/TLV contains two subchannel elements.  The first element
         indicates the start of the range.  The second element indicates
         the end of the range.  A value of zero indicates that there is
         no bound on the corresponding portion of the range.

WSOU-Juniper-0004912

3 - Exclusive Range

   Indicates that the object/TLV contains a range of labels that
   are excluded from the Label Set.  The object/TLV contains two
   subchannel elements.  The first element indicates the start of
   the range.  The second element indicates the end of the range.
   A value of zero indicates that there is no bound on the
   corresponding portion of the range.

Reserved: 10 bits

   This field is reserved. It MUST be set to zero on transmission and
   MUST be ignored on receipt.

Label Type: 14 bits

   Indicates the type and format of the labels carried in the
   object/TLV.  Values are signaling protocol specific.

Subchannel:

   The subchannel represents the label (wavelength, fiber ... ) which
   is eligible for allocation.  This field has the same format as
   described for labels under section 3.2.

   Note that subchannel to local channel identifiers (e.g.,
   wavelength) mappings are a local matter.

4. Bidirectional LSPs

   This section defines direct support of bidirectional LSPs.  Support
   is defined for LSPs that have the same traffic engineering
   requirements including fate sharing, protection and restoration,
   LSRs, and resource requirements (e.g., latency and jitter) in each
   direction.  In the remainder of this section, the term "initiator" is
   used to refer to a node that starts the establishment of an LSP and
   the term "terminator" is used to refer to the node that is the target
   of the LSP.  Note that for bidirectional LSPs, there is only one
   "initiator" and one "terminator".

   Normally to establish a bidirectional LSP when using [RFC3209] or
   [RFC3212] two unidirectional paths must be independently established.
   This approach has the following disadvantages:

   *  The latency to establish the bidirectional LSP is equal to one
      round trip signaling time plus one initiator-terminator signaling
      transit delay.  This not only extends the setup latency for
      successful LSP establishment, but it extends the worst-case

WSOU-Juniper-0004913

latency for discovering an unsuccessful LSP to as much as two
times the initiator-terminator transit delay.  These delays are
particularly significant for LSPs that are established for
restoration purposes.

*   The control overhead is twice that of a unidirectional LSP.  This
    is because separate control messages (e.g., Path and Resv) must be
    generated for both segments of the bidirectional LSP.

*   Because the resources are established in separate segments, route
    selection is complicated.  There is also additional potential race
    for conditions in assignment of resources, which decreases the
    overall probability of successfully establishing the bidirectional
    connection.

*   It is more difficult to provide a clean interface for SONET/SDH
    equipment that may rely on bidirectional hop-by-hop paths for
    protection switching.

*   Bidirectional optical LSPs (or lightpaths) are seen as a
    requirement for many optical networking service providers.

With bidirectional LSPs both the downstream and upstream data paths,
i.e., from initiator to terminator and terminator to initiator, they
are established using a single set of signaling messages.  This
reduces the setup latency to essentially one initiator-terminator
round trip time plus processing time, and limits the control overhead
to the same number of messages as a unidirectional LSP.

4.1. Required Information

For bidirectional LSPs, two Labels must be allocated.  Bidirectional
LSP setup is indicated by the presence of an Upstream Label
object/TLV in the appropriate signaling message.  An Upstream Label
has the same format as the generalized label, see Section 3.2.

4.2. Contention Resolution

Contention for labels may occur between two bidirectional LSP setup
requests traveling in opposite directions.  This contention occurs
when both sides allocate the same resources (labels) at effectively
the same time.  If there is no restriction on the labels that can be
used for bidirectional LSPs and if there are alternate resources,
then both nodes will pass different labels upstream and there is no
contention.  However, if there is a restriction on the labels that
can be used for the bidirectional LSPs (for example, if they must be
physically coupled on a single I/O card), or if there are no more
resources available, then the contention must be resolved by other

WSOU-Juniper-0004914

means.  To resolve contention, the node with the higher node ID will
win the contention and it MUST issue a PathErr/NOTIFICATION message
with a "Routing problem/Label allocation failure" indication.  Upon
receipt of such an error, the node SHOULD try to allocate a different
Upstream label (and a different Suggested Label if used) to the
bidirectional path.  However, if no other resources are available,
the node must proceed with standard error handling.

To reduce the probability of contention, one may impose a policy that
the node with the lower ID never suggests a label in the downstream
direction and always accepts a Suggested Label from an upstream node
with a higher ID.  Furthermore, since the labels may be exchanged
using LMP, an alternative local policy could further be imposed such
that (with respect to the higher numbered node's label set) the
higher numbered node could allocate labels from the high end of the
label range while the lower numbered node allocates labels from the
low end of the label range.  This mechanism would augment any close
packing algorithms that may be used for bandwidth (or wavelength)
optimization.  One special case that should be noted when using RSVP
and supporting this approach is that the neighbor's node ID might not
be known when sending an initial Path message.  When this case
occurs, a node should suggest a label chosen at random from the
available label space.

An example of contention between two nodes (PXC 1 and PXC 2) is shown
in Figure 1.  In this example PXC 1 assigns an Upstream Label for the
channel corresponding to local BCId=2 (local BCId=7 on PXC 2) and
sends a Suggested Label for the channel corresponding to local BCId=1
(local BCId=6 on PXC 2).  Simultaneously, PXC 2 assigns an Upstream
Label for the channel corresponding to its local BCId=6 (local BCId=1
on PXC 1) and sends a Suggested Label for the channel corresponding
to its local BCId=7 (local BCId=2 on PXC 1).  If there is no
restriction on the labels that can be used for bidirectional LSPs and
if there are alternate resources available, then both PXC 1 and PXC 2
will pass different labels upstream and the contention is resolved
naturally (see Fig. 2).  However, if there is a restriction on the
labels that can be used for bidirectional LSPs (for example, if they
must be physically coupled on a single I/O card), then the contention
must be resolved using the node ID (see Fig. 3).

WSOU-Juniper-0004915

RFC 3471          GMPLS Signaling Functional Description



                      Figure 1.  Label Contention

    In this example, PXC 1 assigns an Upstream Label using BCId=2 (BCId=7
    on PXC 2) and a Suggested Label using BCId=1 (BCId=6 on PXC 2).
    Simultaneously, PXC 2 assigns an Upstream Label using BCId=6 (BCId=1
    on PXC 1) and a Suggested Label using BCId=7 (BCId=2 on PXC 1).



    Figure 2. Label Contention Resolution without resource restrictions

WSOU-Juniper-0004916

In this example, there is no restriction on the labels that can be
used by the bidirectional connection and there is no contention.

```
+-----------+                        +-----------+
+  PXC 1    +                        +  PXC 2    +
+           +                 UL2 +                +
+         1 +----------------------->+ 6            +
+         + L2                       +              +
+         2 +<-----------------------+ 7            +
+           +                        +              +
+           +                 L1 +                  +
+         3 +----------------------->+ 8            +
+         + UL1                      +              +
+         4 +<-----------------------+ 9            +
+-----------+                        +-----------+
```

   Figure 3. Label Contention Resolution with resource restrictions

In this example, labels 1,2 and 3,4 on PXC 1 (labels 6,7 and 8,9 on
PXC 2, respectively) must be used by the same bidirectional
connection.  Since PXC 2 has a higher node ID, it wins the contention
and PXC 1 must use a different set of labels.

5. Notification on Label Error

   There are cases in traditional MPLS and in GMPLS that result in an
   error message containing an "Unacceptable label value" indication,
   see [RFC3209], [RFC3472] and [RFC3473].  When these cases occur, it
   can be useful for the node generating the error message to indicate
   which labels would be acceptable.  To cover this case, GMPLS
   introduces the ability to convey such information via the "Acceptable
   Label Set".  An Acceptable Label Set is carried in appropriate
   protocol specific error messages, see [RFC3472] and [RFC3473].

   The format of an Acceptable Label Set is identical to a Label Set,
   see section 3.5.1.

6. Explicit Label Control

   In traditional MPLS, the interfaces used by an LSP may be controlled
   via an explicit route, i.e., ERO or ER-Hop.  This enables the
   inclusion of a particular node/interface, and the termination of an
   LSP on a particular outgoing interface of the egress LSR.  Where the
   interface may be numbered or unnumbered, see [MPLS-UNNUM].

   There are cases where the existing explicit route semantics do not
   provide enough information to control the LSP to the degree desired.
   This occurs in the case when the LSP initiator wishes to select a

Berger                    Standards Track                      [Page 20]

label used on a link.  Specifically, the problem is that ERO and ER-
Hop do not support explicit Label sub-objects.  An example case where
such a mechanism is desirable is where there are two LSPs to be
"spliced" together, i.e., where the tail of the first LSP would be
"spliced" into the head of the second LSP.  This last case is more
likely to be used in the non-PSC classes of links.

To cover this case, the Label ERO subobject / ER Hop is introduced.

## 6.1. Required Information

The Label Explicit and Record Routes contains:

> L: 1 bit
>
>> This bit must be set to 0.
>
> U: 1 bit
>
>> This bit indicates the direction of the label.  It is 0 for the
>> downstream label.  It is set to 1 for the upstream label and is
>> only used on bidirectional LSPs.
>
> Label: Variable
>
>> This field identifies the label to be used.  The format of this
>> field is identical to the one used by the Label field in
>> Generalized Label, see Section 3.2.1.

Placement and ordering of these parameters are signaling protocol
specific.

## 7. Protection Information

Protection Information is carried in a new object/TLV.  It is used to
indicate link related protection attributes of a requested LSP.  The
use of Protection Information for a particular LSP is optional.
Protection Information currently indicates the link protection type
desired for the LSP.  If a particular protection type, i.e., 1+1, or
1:N, is requested, then a connection request is processed only if the
desired protection type can be honored.  Note that the protection
capabilities of a link may be advertised in routing, see [GMPLS-RTG].
Path computation algorithms may take this information into account
when computing paths for setting up LSPs.

Protection Information also indicates if the LSP is a primary or
secondary LSP.  A secondary LSP is a backup to a primary LSP.  The
resources of a secondary LSP are not used until the primary LSP

WSOU-Juniper-0004918

RFC 3471          GMPLS Signaling Functional Description

   fails.  The resources allocated for a secondary LSP MAY be used by
   other LSPs until the primary LSP fails over to the secondary LSP.  At
   that point, any LSP that is using the resources for the secondary LSP
   MUST be preempted.

7.1. Required Information

   The following information is carried in Protection Information:

```
     0                   1                   2                   3
     0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
    +-+-+-+-+-+-+-+-+-+-+-+-+-+-+--+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
    |S|                  Reserved                     | Link Flags|
    +-+-+-+-+-+-+-+-+-+-+-+-+-+-+--+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

   Secondary (S): 1 bit

       When set, indicates that the requested LSP is a secondary LSP.

   Reserved: 25 bits

       This field is reserved. It MUST be set to zero on transmission
       and MUST be ignored on receipt.  These bits SHOULD be pass
       through unmodified by transit nodes.

   Link Flags: 6 bits

       Indicates desired link protection type.  As previously
       mentioned, protection capabilities of a link may be advertised
       in routing.  A value of 0 implies that any, including no, link
       protection may be used.  More than one bit may be set to
       indicate when multiple protection types are acceptable.  When
       multiple bits are set and multiple protection types are
       available, the choice of protection type is a local (policy)
       decision.

       The following flags are defined:

       0x20  Enhanced

   Indicates that a protection scheme that is more reliable than
   Dedicated 1+1 should be used, e.g., 4 fiber BLSR/MS-SPRING.

Berger                       Standards Track                     [Page 22]

WSOU-Juniper-0004919

0x10  Dedicated 1+1

   Indicates that a dedicated link layer protection scheme,
   i.e., 1+1 protection, should be used to support the LSP.

0x08  Dedicated 1:1

   Indicates that a dedicated link layer protection scheme,
   i.e., 1:1 protection, should be used to support the LSP.

0x04  Shared

   Indicates that a shared link layer protection scheme, such
   as 1:N protection, should be used to support the LSP.

0x02  Unprotected

   Indicates that the LSP should not use any link layer
   protection.

0x01  Extra Traffic

   Indicates that the LSP should use links that are protecting
   other (primary) traffic.  Such LSPs may be preempted when
   the links carrying the (primary) traffic being protected
   fail.

8. Administrative Status Information

   Administrative Status Information is carried in a new object/TLV.
   Administrative Status Information is currently used in two ways.  In
   the first, the information indicates administrative state with
   respect to a particular LSP.  In this usage, Administrative Status
   Information indicates the state of the LSP.  State indications
   include "up" or "down", if it is in a "testing" mode, and if deletion
   is in progress.  The actions taken by a node based on a state local
   decision.  An example action that may be taken is to inhibit alarm
   reporting when an LSP is in "down" or "testing" states, or to report
   alarms associated with the connection at a priority equal to or less
   than "Non service affecting".

   In the second usage of Administrative Status Information, the
   information indicates a request to set an LSP's administrative state.
   This information is always relayed to the ingress node which acts on
   the request.

WSOU-Juniper-0004920

RFC 3471        GMPLS Signaling Functional Description

   The different usages are distinguished in a protocol specific
   fashion.  See [RFC3473] and [RFC3472] for details.  The use of
   Administrative Status Information for a particular LSP is optional.

8.1. Required Information

   The following information is carried in Administrative Status
   Information:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|R|                     Reserved                          |T|A|D|
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

      Reflect (R): 1 bit

         When set, indicates that the edge node SHOULD reflect the
         object/TLV back in the appropriate message.  This bit MUST NOT
         be set in state change request, i.e., Notify, messages.

      Reserved: 28 bits

         This field is reserved.  It MUST be set to zero on transmission
         and MUST be ignored on receipt.  These bits SHOULD be pass
         through unmodified by transit nodes.

      Testing (T): 1 bit

         When set, indicates that the local actions related to the
         "testing" mode should be taken.

      Administratively down (A): 1 bit

         When set, indicates that the local actions related to the
         "administratively down" state should be taken.

      Deletion in progress (D): 1 bit

         When set, indicates that that the local actions related to LSP
         teardown should be taken.  Edge nodes may use this flag to
         control connection teardown.

WSOU-Juniper-0004921

RFC 3471        GMPLS Signaling Functional Description

9. Control Channel Separation

   The concept of a control channel being different than a data channel
   being signaled was introduced to MPLS in connection with link
   bundling, see [MPLS-BUNDLE].  In GMPLS, the separation of control and
   data channel may be due to any number of factors.  (Including
   bundling and other cases such as data channels that cannot carry in-
   band control information.)  This section will cover the two critical
   related issues: the identification of data channels in signaling and
   handling of control channel failures that don't impact data channels.

9.1. Interface Identification

   In traditional MPLS there is an implicit one-to-one association of a
   control channel to a data channel.  When such an association is
   present, no additional or special information is required to
   associate a particular LSP setup transaction with a particular data
   channel.  (It is implicit in the control channel over which the
   signaling messages are sent.)

   In cases where there is not an explicit one-to-one association of
   control channels to data channels it is necessary to convey
   additional information in signaling to identify the particular data
   channel being controlled.  GMPLS supports explicit data channel
   identification by providing interface identification information.
   GMPLS allows the use of a number of interface identification schemes
   including IPv4 or IPv6 addresses, interface indexes (see [MPLS-
   UNNUM]) and component interfaces (established via configuration or a
   protocol such as [LMP]).  In all cases the choice of the data
   interface is indicated by the upstream node using addresses and
   identifiers used by the upstream node.

9.1.1. Required Information

   The following information is carried in Interface_ID:



WSOU-Juniper-0004922

RFC 3471        GMPLS Signaling Functional Description

Where each TLV has the following format:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|               Type            |             Length            |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
~                            Value                              ~
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

   Length: 16 bits

      Indicates the total length of the TLV, i.e., 4 + the length of
      the value field in octets.  A value field whose length is not a
      multiple of four MUST be zero-padded so that the TLV is four-
      octet aligned.

   Type: 16 bits

      Indicates type of interface being identified.  Defined values
      are:

```
Type Length Format      Description
-----------------------------------------------------------------
  1      8   IPv4 Addr.  IPv4
  2     20   IPv6 Addr.  IPv6
  3     12   See below   IF_INDEX              (Interface Index)
  4     12   See below   COMPONENT_IF_DOWNSTREAM (Component interface)
  5     12   See below   COMPONENT_IF_UPSTREAM   (Component interface)
```

For types 3, 4 and 5 the Value field has the format:

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                          IP Address                           |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                         Interface ID                          |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

   IP Address: 32 bits

      The IP address field may carry either an IP address of a link
      or an IP address associated with the router, where associated
      address is the value carried in a router address TLV of
      routing.

WSOU-Juniper-0004923

RFC 3471        GMPLS Signaling Functional Description

    Interface ID: 32 bits

       For type 3 usage, the Interface ID carries an interface
       identifier.

       For types 4 and 5, the Interface ID indicates a bundled
       component link.  The special value 0xFFFFFFFF can be used to
       indicate the same label is to be valid across all component
       links.

9.2. Fault Handling

   There are two new faults that must be handled when the control
   channel is independent of the data channel.  In the first, there is a
   link or other type of failure that limits the ability of neighboring
   nodes to pass control messages.  In this situation, neighboring nodes
   are unable to exchange control messages for a period of time.  Once
   communication is restored the underlying signaling protocol must
   indicate that the nodes have maintained their state through the
   failure.  The signaling protocol must also ensure that any state
   changes that were instantiated during the failure are synchronized
   between the nodes.

   In the second, a node's control plane fails and then restarts and
   losses most of its state information.  In this case, both upstream
   and downstream nodes must synchronize their state information with
   the restarted node.  In order for any resynchronization to occur the
   node undergoing the restart will need to preserve some information,
   such as its mappings of incoming to outgoing labels.

   Both cases are addressed in protocol specific fashions, see [RFC3473]
   and [RFC3472].

   Note that these cases only apply when there are mechanisms to detect
   data channel failures independent of control channel failures.

10. Acknowledgments

   This document is the work of numerous authors and consists of a
   composition of a number of previous documents in this area.

   Valuable comments and input were received from a number of people,
   including Igor Bryskin, Adrian Farrel, Ben Mack-Crane, Dimitri
   Papadimitriou, Fong Liaw and Juergen Heiles.  Some sections of this
   document are based on text proposed by Fong Liaw.

WSOU-Juniper-0004924

RFC 3471        GMPLS Signaling Functional Description

11. Security Considerations

   This document introduce no new security considerations to either
   [RFC3212] or [RFC3209].  The security considerations mentioned in
   [RFC3212] or [RFC3209] apply to the respective protocol specific
   forms of GMPLS, see [RFC3473] and [RFC3472].

12. IANA Considerations

   The IANA will administer assignment of new values for namespaces
   defined in this document.  This section uses the terminology of BCP
   26 "Guidelines for Writing an IANA Considerations Section in RFCs"
   [BCP26].

   This document defines the following namespaces:

      o LSP Encoding Type: 8 bits
      o Switching Type: 8 bits
      o Generalized PID (G-PID): 16 bits
      o Action: 8 bits
      o Interface_ID Type: 16 bits

   All future assignments should be allocated through IETF Consensus
   action or documented in a Specification.

   LSP Encoding Type - valid value range is 1-255.  This document
   defines values 1-11.

   Switching Type - valid value range is 1-255.  This document defines
   values 1-4, 100, 150 and 200.

   Generalized PID (G-PID) - valid value range is 0-1500.  This document
   defines values 0-46.

   Action - valid value range is 0-255.  This document defines values
   0-3.

   Interface_ID Type - valid value range is 1-65535.  This document
   defines values 1-5.

WSOU-Juniper-0004925

RFC 3471        GMPLS Signaling Functional Description

13. Intellectual Property Considerations

    This section is taken from Section 10.4 of [RFC2026].

    The IETF takes no position regarding the validity or scope of any
    intellectual property or other rights that might be claimed to
    pertain to the implementation or use of the technology described in
    this document or the extent to which any license under such rights
    might or might not be available; neither does it represent that it
    has made any effort to identify any such rights.  Information on the
    IETF's procedures with respect to rights in standards-track and
    standards-related documentation can be found in BCP-11.  Copies of
    claims of rights made available for publication and any assurances of
    licenses to be made available, or the result of an attempt made to
    obtain a general license or permission for the use of such
    proprietary rights by implementors or users of this specification can
    be obtained from the IETF Secretariat.

    The IETF invites any interested party to bring to its attention any
    copyrights, patents or patent applications, or other proprietary
    rights which may cover technology that may be required to practice
    this standard.  Please address the information to the IETF Executive
    Director.

14. References

14.1. Normative References

    [RFC2119]        Bradner, S., "Key words for use in RFCs to Indicate
                     Requirement Levels," BCP 14, RFC 2119, March 1997.

    [RFC3036]        Andersson, L., Doolan, P., Feldman, N., Fredette, A.
                     and B. Thomas, "LDP Specification", RFC 3036,
                     January 2001.

    [RFC3209]        Awduche, D., Berger, L., Gan, D., Li, T.,
                     Srinivasan, V.  and G. Swallow, "RSVP-TE: Extensions
                     to RSVP for LSP Tunnels", RFC 3209, December 2001.

    [RFC3212]        Jamoussi, B., Andersson, L., Callon, R., Dantu, R.,
                     Wu, L., Doolan, P., Worster, T., Feldman, N.,
                     Fredette, A., Girish, M., Gray, E., Heinanen, J.,
                     Kilty, T. and A. Malis, "Constraint-Based LSP Setup
                     using LDP", RFC 3212, January 2002.

WSOU-Juniper-0004926

RFC 3471          GMPLS Signaling Functional Description

    [RFC3472]        Ashwood-Smith, P. and L. Berger, Editors,
                     "Generalized Multi-Protocol Label Switching (GMPLS)
                     Signaling - Constraint-based Routed Label
                     Distribution Protocol (CR-LDP) Extensions", RFC
                     3472, January 2003.

    [RFC3473]        Berger, L., Editor "Generalized Multi-Protocol Label
                     Switching (GMPLS) Signaling - Resource ReserVation
                     Protocol-Traffic Engineering (RSVP-TE) Extensions",
                     RFC 3473, January 2003.

14.2. Informative References

    [GMPLS-RTG]      Kompella, K., et al., "Routing Extensions in Support
                     of Generalized MPLS", Work in Progress.

    [GMPLS-SONET]    Ashwood-Smith, P., et al., "GMPLS - SONET / SDH
                     Specifics", Work in Progress.

    [LMP]            Lang, et al., "Link Management Protocol", Work in
                     Progress.

    [MPLS-BUNDLE]    Kompella, K., Rekhter, Y. and L. Berger, "Link
                     Bundling in MPLS Traffic Engineering", Work in
                     Progress.

    [MPLS-HIERARCHY] Kompella, K. and Y. Rekhter, "LSP Hierarchy with
                     MPLS TE", Work in Progress.

    [RFC2026]        Bradner, S., "The Internet Standards Process --
                     Revision 3," BCP 9, RFC 2026, October 1996.

    [RFC2434]        Narten, T. and H. Alvestrand, "Guidelines for
                     Writing an IANA Considerations Section in RFCs", BCP
                     26, RFC 2434, October 1998.

    [RFC3031]        Rosen, E., Viswanathan, A. and R. Callon,
                     "Multiprotocol label switching Architecture", RFC
                     3031, January 2001.

WSOU-Juniper-0004927

RFC 3471          GMPLS Signaling Functional Description

15. Contributors

    Peter Ashwood-Smith
    Nortel Networks Corp.
    P.O. Box 3511 Station C,
    Ottawa, ON K1Y 4H7
    Canada

    Phone:  +1 613 763 4534
    EMail:  petera@nortelnetworks.com


    Ayan Banerjee
    Calient Networks
    5853 Rue Ferrari
    San Jose, CA 95138

    Phone:  +1 408 972-3645
    EMail:  abanerjee@calient.net


    Lou Berger
    Movaz Networks, Inc.
    7926 Jones Branch Drive
    Suite 615
    McLean VA, 22102

    Phone:  +1 703 847-1801
    EMail:  lberger@movaz.com


    Greg Bernstein

    EMail:  gregb@grotto-networking.com


    John Drake
    Calient Networks
    5853 Rue Ferrari
    San Jose, CA 95138

    Phone:  +1 408 972 3720
    EMail:  jdrake@calient.net

WSOU-Juniper-0004928

RFC 3471        GMPLS Signaling Functional Description

Yanhe Fan
Axiowave Networks, Inc.
200 Nickerson Road
Marlborough, MA 01752

Phone: + 1 774 348 4627
EMail: yfan@axiowave.com


Kireeti Kompella
Juniper Networks, Inc.
1194 N. Mathilda Ave.
Sunnyvale, CA 94089

EMail:  kireeti@juniper.net


Jonathan P. Lang
EMail:  jplang@ieee.org


Eric Mannie
Independent Consultant
2 Avenue de la Folle Chanson
1050 Brussels
Belgium
EMail:  eric_mannie@hotmail.com


Bala Rajagopalan
Tellium, Inc.
2 Crescent Place
P.O. Box 901
Oceanport, NJ 07757-0901

Phone:  +1 732 923 4237
Fax:    +1 732 923 9804
EMail:  braja@tellium.com


Yakov Rekhter
Juniper Networks, Inc.

EMail:  yakov@juniper.net

WSOU-Juniper-0004929

RFC 3471         GMPLS Signaling Functional Description

    Debanjan Saha
    EMail: debanjan@acm.org


    Vishal Sharma
    Metanoia, Inc.
    1600 Villa Street, Unit 352
    Mountain View, CA 94041-1174
    Phone: +1 650-386-6723
    EMail: v.sharma@isee.org


    George Swallow
    Cisco Systems, Inc.
    250 Apollo Drive
    Chelmsford, MA 01824

    Phone: +1 978 244 8143
    EMail: swallow@cisco.com


    Z. Bo Tang
    EMail: botang01@yahoo.com

16. Editor's Address

    Lou Berger
    Movaz Networks, Inc.
    7926 Jones Branch Drive
    Suite 615
    McLean VA, 22102

    Phone: +1 703 847-1801
    EMail: lberger@movaz.com

WSOU-Juniper-0004930

RFC 3471        GMPLS Signaling Functional Description

17.  Full Copyright Statement

     Copyright (C) The Internet Society (2003).  All Rights Reserved.

     This document and translations of it may be copied and furnished to
     others, and derivative works that comment on or otherwise explain it
     or assist in its implementation may be prepared, copied, published
     and distributed, in whole or in part, without restriction of any
     kind, provided that the above copyright notice and this paragraph are
     included on all such copies and derivative works.  However, this
     document itself may not be modified in any way, such as by removing
     the copyright notice or references to the Internet Society or other
     Internet organizations, except as needed for the purpose of
     developing Internet standards in which case the procedures for
     copyrights defined in the Internet Standards process must be
     followed, or as required to translate it into languages other than
     English.

     The limited permissions granted above are perpetual and will not be
     revoked by the Internet Society or its successors or assigns.

     This document and the information contained herein is provided on an
     "AS IS" basis and THE INTERNET SOCIETY AND THE INTERNET ENGINEERING
     TASK FORCE DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING
     BUT NOT LIMITED TO ANY WARRANTY THAT THE USE OF THE INFORMATION
     HEREIN WILL NOT INFRINGE ANY RIGHTS OR ANY IMPLIED WARRANTIES OF
     MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

Acknowledgement

     Funding for the RFC Editor function is currently provided by the
     Internet Society.

WSOU-Juniper-0004931