IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC,<br>*Plaintiff* | § § § § | |
| | § | 6-20-CV-00812 |
| -v- | § | 6-20-CV-00813 |
| | § | 6-20-CV-00814 |
| JUNIPER NETWORKS, INC., | § | 6-20-CV-00815 |
| *Defendant* | § | 6-20-CV-00902 |
| | § § | 6-20-CV-00903 |

### ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

    Plaintiff:         $11,565.00
    Defendant:         $11,565.00

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 24th day of June, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE