# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>Plaintiff<br><br>v.<br><br>JUNIPER NETWORKS, INC.<br><br>Defendant | Civil Action No.: 6:20-cv-00812-ADA<br>6:20-cv-00813-ADA<br>6:20-cv-00814-ADA<br>6:20-cv-00815-ADA<br>6:20-cv-00902-ADA<br>6:20-cv-00903-ADA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT JUNIPER NETWORKS, INC.'S SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT**

In compliance with Federal Rule of Civil Procedure 7.1, Defendant Juniper Networks, Inc. ("Juniper") hereby discloses that there is no parent corporation of Juniper and that two publicly held corporations (Dodge & Cox and The Vanguard Group) own 10% or more of Juniper's stock.

DATED:  July 7, 2021             Respectfully submitted,

          By  /s/ B. Russell Horton
              B. Russell Horton
              rhorton@gbkh.com
              George Brothers Kincaid & Horton LLP
              114 West 7th Street, Suite 1100
              Austin, TX 78701
              Telephone: (512) 495-1400
              Facsimile: (512-499-0094

              Kevin P.B. Johnson
              kevinjohnson@quinnemanuel.com
              Todd Briggs
              toddbriggs@quinnemanuel.com
              Margaret Shyr (*pro hac vice*)
              margaretshyr@quinnemanuel.com
              Joseph E. Reed (*pro hac vice*)
              joereed@quinnemanuel.com
              Quinn Emanuel Urquhart & Sullivan, LLP
              555 Twin Dolphin Drive, 5th Floor
              Redwood Shores, CA 94065
              Telephone: (650) 801-5000
              Facsimile: (650) 801-5100

              Nima Hefazi (*pro hac vice*)
              nimahefazi@quinnemanuel.com
              Quinn Emanuel Urquhart & Sullivan, LLP
              865 South Figueroa Street, 10th Floor
              Los Angeles, CA 90017
              Telephone: (213) 443-3000
              Facsimile: (213) 443-3100

              *Counsel for Defendant*
              *Juniper Networks, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 16, 2020, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

Dated:   July 7, 2021  */s/ B. Russell Horton*  
B. Russell Horton