# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> JUNIPER, INC., <br><br> Defendant. | Nos. 6:20-cv-00813-ADA <br> 6:20-cv-00814-ADA <br> 6:20-cv-00815-ADA <br> 6:20-cv-00902-ADA <br> 6:20-cv-00903-ADA |

## ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA

Pursuant to the Federal Circuit's order granting Defendant Juniper Networks, Inc.'s petition for writ of mandamus (ECF Nos. 94, 91, 93, 88, and 96, respectively), the Court hereby transfers this case to the United States District Court for the Northern District of California.

It is therefore **ORDERED AND ADJUDGED** that:

1. The Clerk of the Court shall transfer this case to the United States District court for the Northern District of California for all further proceedings.
2. After transfer, the Clerk shall close the case.

SIGNED this 27th day of September, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1